UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA MUNIZ, on behalf of her minor
child, E.M.C., individually, and on behalf of
all others similarly situated,

    Plaintiff,

v.

BRONSON HEALTH CARE GROUP, INC.,

    Defendant.
_____/

Case No. 1:25-cv-693

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that this case is DISMISSED for lack of subject-matter jurisdiction and REMANDED to the state court from which it was removed.

For purposes of the docket in this Court, this case is CLOSED.

Dated: January 20, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge